Minute Order Form (rev. 4/99)

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other Than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 06 GJ 900 | **DATE** | **DECEMBER 4, 2007** |
| **CASE TITLE** | US v. GEORGE KONJUCH, ARMANDO NAVARRETE & NAVARRETE INDUSTRIES, INC., dba "Intergrated Security Solutions" and "INS" | | |

Motion:    (In the following box (a) indicate the party filing the motion. e.g., plaintiff, defendant, 3rd-party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING AND REQUEST TO SEAL
### SPECIAL AUGUST 2006-1

The Grand Jury for the _____ Session, a quorum being present returns the above-entitled indictment in open Court this day before

**JUDGE KENNELLY** Judge or Magistrate Judge _____

**FILED**

**DEC 0 4 2007** NF

Docket Entry:

**07CR    794**

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

**MAGISTRATE JUDGE SCHENKIER**

TO ISSUE BENCH WARRANT. THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANT DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3142 AS TO ARMANDO NAVARRETE. TO ISSUE BENCH WARRANT, AND SET PRELIMINARY BAIL AT $500,000.00 (SECURED) AS TO GEORGE KONJUCH. NO BOND SET, DEFENDANT IS A BUSINESS AS TO NAVARRETE INDUSTRIES, INC. THE DISTRICT COURT CLERK'S OFFICE IS DIRECTED TO DISCLOSE TO THE ASSISTANT U.S. ATTORNEY ASSIGNED TO THIS CASE FOR THE GOVERNMENT, THE NAME OD THE JUDGE, MAGISTRATE JUDGE, DOCKET NUMBER ASSIGNED TO THIS CASE, IN ORDER TO EXPEDITE ARRAIGNMENT OF THE ARRESTED DEFENDANT. THIS INFORMATION IS TO REMAIN SEALED UNTIL THE ARREST OF THE DEFENDANTS OR BY FURTHER ORDER OF THE COURT. DO NOT SEAL ARREST WARRANTS.

SIGNATURE OF JUDGE    _____    (ONLY IF FILED
OR MAGISTRATE JUDGE                              UNDER SEAL)

BW ISSued
DEC 0 4 2007

BW USM

| | | |
|---|---|---|
| | No notices required, advised in open court. | Number of notices |
| | No notices required. | Date docketed |
| | Notices mailed by judge's staff. | Docketing dpty. initials |
| | Notified counsel by telephone. | |
| | Docketing to mail notices | Date mailed notice |
| | Mail AO 450 form. | Mailing dpty. initials |
| | Copy to judge/magistrate judge. | |
| | Courtroom Deputy Initials | Date/time received in Central Clerk's office |

DOCKET#