## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | Sidney I. Schenkier |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 794 - 2 | **DATE** | 12/6/2007 |
| **CASE TITLE** | United States of America vs. George Konjuch | | |

**DOCKET ENTRY TEXT**

Initial appearance held. Defendant appears in response to the indictment filed on 12/5/07. Defendant informed of his rights. Defendant released on a $50,000.00 own recognizance bond. A bond hearing is set for 12/13/07 at 1:00 p.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:40

| | Courtroom Deputy Initials: | mm |
|---|---|---|