UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

FILED
DEC 06 2007
12-6-2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of  USA
v.
ARMANDO NAVARETTE,
GEORGE KONJUCH

Case  07CR794-1

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

GEORGE KONJUCH

| | |
|---|---|
| SIGNATURE | Raymond P. Cisco |
| FIRM | RAYMOND P CISCO |
| STREET ADDRESS | 900 JORIE BLVD, #110 |
| CITY/STATE/ZIP | OAKBROOK, IL 60523 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) ARDC# 0448053 | TELEPHONE NUMBER 630-472-0700 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☒    APPOINTED COUNSEL ☐ | |