UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 07 CR 794 |
| v. ) | |
| ) | Matthew F. Kennelly |
| GEORGE KONJUCH ) | District Court Judge |
| ARMANDO NAVARRETE and ) | |
| NAVARRETE INDUSTRIES, INC., ) | Sidney I. Schenkier |
| d/b/a "Integrated Security Solutions" and "INS" ) | Magistrate Judge |

### ORDER TO UNSEAL

Due to the arrest and initial appearances of the individual defendants, the sealing order has expired and is no longer necessary.

Accordingly, IT IS HEREBY ORDERED that the indictment, motion to seal, and sealing order are hereby UNSEALED.

_____
SIDNEY I. SCHENKIER
United States Magistrate Judge

DATED: 12-07-07