# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 794 | **DATE** | 12/17/2007 |
| **CASE TITLE** | USA vs. Navarrete, etal | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendants enter a plea of not guilty to all counts of the indictment. 16.1 conference to be held by 1/18/2008. Pre-trial motions due by 2/29/2008. Response to motions due 3/31/2008. Reply brief by 4/14/2008. Status hearing set to 1/30/2008 at 1:30 P.M. Defendants' appearance waived for status hearing. Ordered time excluded pursuant to 18 U.S.C. 3161(h)(1)(F). (X-E)

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | OR |
|---|---|---|