UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 07 CR 794 |
| v. ) | Honorable Matthew F. Kennelly |
| ) | |
| KONJUCH, et al ) | |

**ATTORNEY DESIGNATION**

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/Lisa M. Noller
LISA M. NOLLER
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5314

CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document: ATTORNEY DESIGNATION was served pursuant to the district court's ECF system as to ECF filers on December 27, 2007.

s/Lisa M. Noller
LISA M. NOLLER
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois
(312) 353-5314