UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

UNITED STATES OF AMERICA
                              Plaintiff,

v.                                              Case No.: 1:07−cr−00794
                                                Honorable Matthew F. Kennelly

George Konjuch, et al.
                              Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, April 22, 2008:

  MINUTE entry before Judge Honorable Matthew F. Kennelly:Status hearing held on 4/22/2008 and continued to 6/11/2008 at 01:30 PM. Ordered time excluded from 4/22/2008, through 6/11/2008, in the interest of justice, pursuant to 18 U.S.C. 3161(h)(8)(i). (or, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.