# United States District Court
## Northern District Of Illinois

| | |
|---|---|
| United States of America | ) |
| | ) |
| vs. | ) |
| | ) |
| George Konjuch | ) Case No. 07 CR 794 001 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____George Konjuch_____, have discussed with _____Chrystal R. Collings_____, Pretrial Services Officer, modifications of my release conditions as follows:

It is respectfully requested that the Court remove the bond condition which requires the defendant to seek or maintain employment. U.S. Pretrial Services is in receipt of a letter signed by the defendant's physician, Dr. John W. Sage, which delineates numerous medical ailments suffered by the defendant. As a result, Dr. Sage notes he does not believe the defendant will be hired in any capacity.

Assistant U.S. Attorney Brandon Fox was contacted, advised and has no objection to this modification.

I consent to this modification of my release conditions and agree to abide by this modification.

_____   23 JUNE 2008   _____   6/9/08
Signature of Defendant         Date          Pretrial Services Officer      Date

                                              _____
                                              Reviewed by:
                                              Claudia Rios, Supervising U.S. Pretrial Services Officer

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                                          6/12/08
Signature of Defense Counsel                                       Date

[X] The above modification of conditions of release is ordered, to be effective on  7/1/08
[ ] The above modification of conditions of release is *not* ordered.

_____                                          7/1/08
Signature of Judicial Officer                                      Date