## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 794 | **DATE** | 7/15/2008 |
| **CASE TITLE** | USA vs. Konjuch, et al | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 8/5/2008 at 1:30 PM. Ordered time excluded from 7/15/1008 through 8/5/2008, in the interest of justice, pursuant to 18 U.S.C. 3161(h)(8)(I). (X-T1)

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | OR |
|---|---|---|