

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

FILED
Aug 21, 2008
AUG 21 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT



## NOTIFICATION OF CHANGE OF ADDRESS

NAME: RAYMOND P. CISCO

FIRM: RAYMOND P. CISCO

STREET ADDRESS: 900 JORIE Blvd. #110

CITY/STATE/ZIP: OAKBROOK, IL 60523

PHONE NUMBER: 630-472-0700

ARDC NO. (If Member of Illinois State Bar): 0448052

EMAIL: LAW0700@AOL.COM

[X] I am a member of the General Bar for the Northern District of Illinois.

[ ] Have you filed an appearance with this Court using a different name? If so, please indicate on the line provided: _____

*I currently have an appearance on file for the following active case(s):*

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 07 CR-794 | USA v. Konjuch et al. | Kennelly |
| | | |
| | | |
| | | |

_____   8/20/08
Attorney's Signature         Date

Return completed form by FAX to 312-554-8512 Attn: Attorney Admissions, or by mail to Attorney Admissions, 219 S. Dearborn, Room 2050, Chicago, Illinois 60604