# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 794 | **DATE** | 8/21/2008 |
| **CASE TITLE** | USA vs. George Konjuch | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 11/6/2008 at 4:00 PM. Jury trial date of 11/20/2008 is vacated and reset to 1/20/2009. Ordered time excluded from 8/21/2008 through 11/6/2008, in the interest of justice, pursuant to 18 U.S.C. 3161(h)(8)(I). (X-T1)

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | OR |
|---|---|---|